IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY JENKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER ROBERT WILSON, SERGEANT ROBERT DEBELKIS, OFFICER RAYMOND MURRAY, OFFICER #228, OFFICER #104, UNKNOWN OFFICERS, and the VILLAGE OF MATTESON,<br><br>    Defendants. | No. 08-cv-1111<br><br>JUDGE ASPEN |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Joseph L Cainkar    jcainkar@aol.com

Michael G. Cainkar    mc@lfcltd.net

Blake Wolfe Horwitz     lobh@att.net, bwhorwitz@att.net

Abbas Badruddin Merchant     abbas.lobh@gmail.com

Gary Scott Perlman     gp@lfcltd.net

                                                s/ Blake Horwitz_____
                                                Blake Horwitz
                                                Horwitz, Richardson and Baker, LLC
                                                20 S. Clark St., Suite 500
                                                Chicago, Illinois 60603
                                                Tel:  312-676-2100
                                                Fax:  312-372-7076