UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Johnny Jenkins
        Plaintiff,

v.              Case No.: 1:08–cv–01111
              Honorable Marvin E. Aspen

Robert Wilson, et al.
        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 17, 2008:

  MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 4/17/2008, and continued to 6/3/2008 at 10:30 AM. Parties are to meet and hold a preliminary settlement and discovery conference and file a joint discovery plan prior to the status date, with a courtesy copy to chambers, Room 2578. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.