# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 1111

JOHNNY JENKINS,

      Plaintiff,

      v.

OFFICER ROBERT WILSON, SERGEANT
ROBERT DEBELKIS, OFFICER RAYMOND
MURRAY, OFFICER #228, OFFICER #104,
UNKNOWN OFFICERS, and the VILLAGE OF
MATTESON,

      Defendants.

No.

Judge
Magistrate Judge

**JUDGE ASPEN**
**MAGISTRATE JUDGE MASON**

To: Sergeant Robert Debelkis
c/o Matteson Police Department
20500 S. Cicero Ave.
Matteson, IL 60443

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Blake Horwitz
        LAW OFFICES OF BLAKE HORWITZ, LTD.
        155 N. Michigan, #723
        Chicago, IL  60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____      _____
(By) Deputy Clerk                              Date

**Michael W. Dobbins, Clerk**

*Yvette Montana*

**(By) DEPUTY CLERK**

**February 22, 2008**

**Date**

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | Date    3/10/08 |
|---|---|
| NAME OF SERVER *(PRINT)*   Chemphe Smith | TITLE   Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left:_____

☐ Return unexecuted: _____

☒ Other specify: __Delivered via Hand Delivery to the Matteson__

__Police Department  20500 S. Cicero Ave.  Matteson, IL__

__60443__

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on __3/10/08__
     Date

Charles L. Sm
Signature of Server

__1322 W. Walton Chicago, IL 60622__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.