AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 1111**

JOHNNY JENKINS,

    Plaintiff,

v.

OFFICER ROBERT WILSON, SERGEANT ROBERT DEBELKIS, OFFICER RAYMOND MURRAY, OFFICER #228, OFFICER #104, UNKNOWN OFFICERS, and the VILLAGE OF MATTESON,

    Defendants.

No.

Judge
Magistrate Judge

**JUDGE ASPEN**
**MAGISTRATE JUDGE MASON**

To: Officer Robert Wilson
c/o Matteson Police Department
20500 S. Cicero Ave.
Matteson, IL 60443

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Blake Horwitz
    LAW OFFICES OF BLAKE HORWITZ, LTD.
    155 N. Michigan, #723
    Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____       _____
(By) Deputy Clerk                                                Date

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montano*
**(By) DEPUTY CLERK**

**February 22, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || Date 3/10/08 |
| NAME OF SERVER (PRINT) Charles Smith || TITLE Arrow Messenger |
| Check one box below to indicate appropriate method of service |||

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Delivered via Hand Delivery to the Matteson Police Department 20500 S. Cicero Ave. Matteson, IL 60443

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 3/10/08
Date

Signature of Server: Charles J. Sm——

Address of Server: 1322 W. Walton Chicago, IL 60622

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.