IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER ROBERT WILSON, SERGEANT ROBERT DEBELKIS, OFFICER RAYMOND MURRAY, OFFICER #228, OFFICER #104, UNKNOWN OFFICERS, and the VILLAGE OF MATTESON,<br><br>    Defendants. | No. 08-cv-1111<br><br>JUDGE ASPEN |

## REPORT OF PARTIES PLANNING MEETING

1.   **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 2, 2008, via the telephone and was attended by:

   Abbas Merchant for Plaintiff
   Michael Cainkar for Defendants

2.   **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:
   a. Rule 26(a)1 disclosures to be made by all parties by June 30, 2008.
   b. All fact discovery to be commenced in time to be completed by November 30, 2008. This deadline to be reviewed should the Court grant leave to add additional parties.
   c. The parties anticipate they will require 5 to 10 depositions.
   d. Reports obtained from Rule 26(a)2 witnesses to be due:
       From Plaintiff by December 30, 2008.
       From Defendants by January 30, 2009.
   e. All dispositive motions to be filed by February 30, 2009.
   f. Final Pretrial Order: proposed draft by: April 30, 2009, Parties to file final joint pretrial order by May 20, 2009.
   g. This case is expected to be ready for trial by June 1, 2009 and take approximately four days.

3.   **Settlement**.  At least 14 days prior to the Rule 16(b) scheduling conference, Plaintiff is directed to make a written settlement demand to the Defendants. At least 7 days prior to the scheduling conference Defendants are to respond in writing to the Plaintiff's settlement demand.

2

4. **Consent**. Parties do not unanimously consent to proceed before a Magistrate Judge.

                                        Respectfully submitted,


  s/Abbas Merchant_____                    s/Micheal Cainkar (w/permission)
  Attorney for the Plaintiff                  Attorney for Defendants
  Abbas Merchant                              Michael Cainkar


**Horwitz, Richardson & Baker, LLC**
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel: 312-676-2100
Fax: 312-372-7076