IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY JENKINS, <br><br>     Plaintiff, <br><br>     v. <br><br> OFFICER ROBERT WILSON, SERGEANT ROBERT DEBELKIS, OFFICER RAYMOND MURRAY, OFFICER #228, OFFICER #104, UNKNOWN OFFICERS, and the VILLAGE OF MATTESON, <br><br>     Defendants. | No. 08-cv-1111 <br><br> JUDGE ASPEN |

**NOTICE OF FILING**

I hereby certify that on June 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

REPORT OF PARTIES PLANNING MEETING and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Joseph L Cainkar          jcainkar@aol.com

Michael G. Cainkar        mc@lfcltd.net

Blake Wolfe Horwitz       bhorwitz@hrbattorneys.com, lobh@att.net,

Abbas Badruddin Merchant    amerchant@hrbattorneys.com

Gary Scott Perlman         gp@lfcltd.net

                       s/Abbas Merchant
                       Abbas Merchant
                       Horwitz, Richardson & Baker LLC
                       20 S. Clark, Suite 500
                       Chicago, Illinois  60603
                       Tel: (312) 676-2100
                       Fax: (312) 372-7076