UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Johnny Jenkins

                          Plaintiff,

v.                                                       Case No.: 1:08−cv−01111
                                                    Honorable Marvin E. Aspen

Robert Wilson, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/3/08:Status hearing held on 6/3/08, and continued to 5/21/09 at 10:30 a.m. The Court adopts the Parties' Report of of planning meeting. A joint pretrial order is to be filed in open court on 5/21/09 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.